Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Davita R. LEE |
| **Docket Number:** | 1:05CR00082-001 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08-15-05 |
| **Original Offense:** | Counts 1 & 2:  18 USC 287 & 2, False Claims and Aiding and Abetting<br>(CLASS D FELONIES) |
| **Original Sentence:** | 36 mos. probation; $200 special assessment; $3,387 restitution; mandatory testing |
| **Special Conditions:** | Warrantless search and seizure; not dispose of assets until financial obligation is paid in full; financial disclosure; credit restrictions; complete 100 hours of community service within first year of supervision; cooperate in the collection DNA |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08-15-05 |
| **Assistant U.S. Attorney:** | Stanley A. Boone          **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Gary Huss          **Telephone:** (559) 224-2131 |
| **Other Court Action:** | None |

**RE:**   **Davita R. LEE**
**Docket Number:  1:05CR00082-001**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

It is hereby ordered that the following order made on August 15, 2005, be modified as follows:  The defendant shall complete 100 hours of unpaid community service as directed by the probation officer.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program.  Community service shall be completed by August 15, 2007.

**Justification:**   On August 15, 2005, the Court ordered the defendant to complete 100 hours of unpaid community service within the first year of supervision.  The defendant has been unable to complete the community service hours due to the fact she is a single mother of a 2-year-old child and a 2-week-old baby.  The defendant receives no support from the father of the children and is the sole provider and caretaker.  The defendant also reports she has been unemployed and supported by the charity of relatives.  The defendant's only income is AFDC, but she has made a good faith effort to pay restitution by submitting monthly payments.  The defendant reports she has also attended adult school and plans to enroll in college as soon as possible.  Recently, the defendant requested an extension of the completion date of her community service hours.

Considering all the above, the probation officer recommends the Court approve the modification to extend the defendant's community service due date.

**RE:    Davita R. LEE**
       **Docket Number:  1:05CR00082-001**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**    June 26, 2006
              Bakersfield, California
              RCW:dk

**REVIEWED BY:**    /s/ Rick C. Louviere
                    **RICK C. LOUVIERE**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    July 8, 2006**                    /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE